UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:22-cv-00032-ADA <br><br> JURY TRIAL DEMANDED |

### CORPORATE DISCLOSURE STATEMENT OF GOOGLE LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holding Inc., which is a subsidiary of Alphabet, Inc., a publicly traded company, no publicly traded company holds more than 10 percent of Alphabet Inc.'s stock.

Date: March 21, 2022

Respectfully submitted,

By: /s/Bijal V. Vakil
Michael E. Jones
Potter Minton PC
110 N. College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Email: mikejones@potterminton.com

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
550 High Street, Second Floor
Palo Alto, CA 94301
Telephone: (650) 388-1650
Email: googlendcaldjs@AllenOvery.com

Shamita Etienne Cummings (CA Bar No. 202090)

1

(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC  20005
Telephone: (202) 683-3800
Email: googlendcaldjs@AllenOvery.com

Counsel For Google LLC

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 21, 2022, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

                */s/ Bijal V. Vakil*
                Bijal V. Vakil