# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:22-cv-00032-ADA <br><br> JURY TRIAL DEMANDED |

## DISCOVERY ORDER

On June 27, 2022, counsel for Plaintiff EcoFactor, Inc. ("EcoFactor") and Defendant Google LLC ("Google") appeared before the Court to resolve a discovery dispute stemming from EcoFactor's request for leave to take nonparty discovery. The Parties first raised these issues with the Court via email on June 21, 2022.

## SUMMARY OF THE ISSUES

EcoFactor sought leave to take discovery from certain nonparties.

## CONCLUSION

The Court, upon consideration of EcoFactor's request and the parties' arguments presented during the hearing on this request, is of the opinion that the request should be granted.

IT IS THEREFORE ORDERED that Plaintiff's request to take nonparty discovery is GRANTED.

SIGNED on this 8th day of July, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE